IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SERGIO HERRERA,<br>     Plaintiff, | :<br>: PRISONER CIVIL RIGHTS<br>: 28 U.S.C. § 1331 |
| v. | :<br>: CIVIL ACTION NO. |
| SIX UNKNOWN NAMED<br>AGENTS and PRESIDENT<br>BARACK OBAMA,<br>     Defendants. | : 1:10-CV-1421-MHS<br>:<br>:<br>: |

## ORDER AND OPINION

In this 28 U.S.C. § 1331 *pro se* civil rights complaint, Plaintiff, currently confined at Airpark Unit Correctional Center in Big Spring, Texas, has submitted a single page of mostly unrelated and incoherent phrases. (Doc. 1 at 1.) The complaint does list the following two requests for relief: (1) a review of the decisions of Supreme Court Justice Samuel Alito, Jr.; and (2) money damages. (*Id.*) The complaint also contains a 37-page list of other federal prisoners and/or detainees who Plaintiff seeks to name as additional plaintiffs. (*Id.* at 2-39.) Plaintiff asks that these prisoners (1) be given televised hearings, (2) have counsel appointed, and (3) have their cases published in unspecified newspapers. (*Id.* at 2-5.)

This action is a nearly verbatim copy of two prior civil rights actions filed by Plaintiff which were summarily dismissed as frivolous. *See Herrera v. Six Unknown Named Agents*, Civil Action No. 1:10-CV-1042-MHS (N.D. Ga. May 5, 2010); *Herrera v. Six Unknown Named Agents*, Civil Action No. 1:10-CV-0701-MHS (N.D. Ga. Mar. 31, 2010). For the reasons given in the Orders dismissing Plaintiff's previous civil actions, this action should also be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A.

**IT IS ORDERED** that this *pro se* civil rights complaint [Doc. 1] is **DISMISSED**, pursuant to 28 U.S.C. § 1915A. For the purpose of dismissal only, Plaintiff is **GRANTED** leave to file this action *in forma pauperis*.

**IT IS SO ORDERED**, this 7 day of June, 2010.

MARVIN H. SHOOB
UNITED STATES DISTRICT JUDGE